UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **DE BRUYN PRODUCE COMPANY,** *et al.,*<br><br>Plaintiffs,<br><br>vs.<br><br>**ONIONS PLUS DISTRIBUTORS OF FRESH FRUITS AND VEGETABLES, INC.,** et al.,<br><br>Defendants. | Case No.: **8:11-cv-02533-JSM-TGW** |
| **JUNIPER TOMATO GROWERS, INC.,**<br><br>Intervening Plaintiff,<br><br>vs.<br><br>**ONIONS PLUS DISTRIBUTORS OF FRESH FRUITS AND VEGETABLES, INC.,** et al.,<br><br>Defendants. | |
| **SUNPAC USA, LLC d/b/a SUNPAC GROWERS**<br><br>Plaintiff,<br>vs.<br><br>**ONIONS PLUS DISTRIBUTORS OF FRESH FRUITS & VEGETABLES, INC.,** et al.,<br><br>Defendants. | Case No.: **8:11-cv-2541** |

## STIPULATED ORDER TO AMEND PACA CLAIMS PROCEDURE ORDER

Plaintiffs and Intervening Plaintiffs, De Bruyn Group,[1] Juniper Tomato Growers, Inc. ("Juniper"), and SunPac USA, LLC d/b/a SunPac Growers ("SunPac"), and Defendants, Onions

---

[1] "De Bruyn Group" members are De Bruyn Produce Company, Wada Marketing Group, LLC Gadsden Tomato Company, Inc., Petrocco Farms, Inc., Riverfront Produce Company, LLC, Georgia Berry &

Plus Distributors of Fresh Fruits & Vegetables, Inc. ("Onions Plus") and Melanie A. Grossie ("Grossie"), by and through their undersigned counsel, jointly submit this Stipulated Order to Amend Paragraph 12 of the Consent Injunction and Agreed Order Establishing PACA Trust Claims Procedure [DE 22], respectfully stating:

**IT IS HEREBY STIPULATED AND AGREED**, between the Plaintiffs, Intervening Plaintiffs and the Defendants as follows:

A) On or about December 7, 2011, this Court entered a Consent Injunction and Agreed Order Establishing PACA Trust Claims Procedure (the "Claims Procedure Order") to establish a framework for the orderly transfer of Onions Plus' remaining assets to its qualified PACA trust beneficiaries.

B) Paragraph 12 of the Claims Procedure Order states:

> "All persons and businesses that have purchased Produce from Onions Plus and remain indebted to Onions Plus for those purchases, must issue payment to counsel for De Bruyn Produce, who will then promptly deposit the money into the PACA Trust Account."

C) The parties have identified debtors to Onions Plus that have failed and refused to make payment for purchases of perishable agricultural commodities, referred to as "Produce" in paragraph 12 of the Claims Procedure Order.

D) The parties stipulate and agree that the best interests of Defendants and their PACA trust beneficiaries would be served by facilitating collection of the outstanding accounts receivable of Onions Plus.

E) Therefore, the parties hereby stipulate and agree that paragraph 12 of the Claims Procedure Order be amended by adding the following language:

---

Vegetable, LLC, Pacific Shores Produce, LP, San Jose Tropical Fruits, LLC Western Onion Sales, Inc., Mex Flores Produce Company, Inc. and IS-PE Produce, Inc.

"Counsel for the De Bruyn Group, on behalf of all potential PACA trust beneficiaries, may collect payment from all persons and entities that are indebted to Onions Plus for purchases of Produce through any reasonable means, including the retention of a collection agent at reasonable terms. If litigation is necessary to collect payment, counsel for the De Bruyn Group is granted leave to amend its First Amended Complaint [DE 27] to name as additional defendants those persons or entities withholding payment of PACA trust assets from Onions Plus. Counsel for the De Bruyn Group shall deposit the proceeds of any such collection efforts into the Onions Plus PACA Trust Account for distribution as set forth in Section III of this Claims Procedure Order."

F)   By signing this Stipulation below on behalf of their client, the undersigned counsel represent and warrant that they have all requisite authority to bind their client to the terms of the Stipulation.

Accordingly, **IT IS HEREBY ORDERED**:

1)   Paragraph 12 of the Claims Procedure Order is amended to read, in its entirety, as follows:

"All persons and businesses that have purchased Produce from Onions Plus and remain indebted to Onions Plus for those purchases, must issue payment to counsel for De Bruyn Produce, who will then promptly deposit the money into the PACA Trust Account. Counsel for the De Bruyn Group, on behalf of all potential PACA trust beneficiaries, may collect payment from all persons and entities that are indebted to Onions Plus for the purchase of Produce through any reasonable means, including the retention of a collection agent upon reasonable terms. If litigation is necessary, counsel for the De Bruyn Group is granted leave to amend its First Amended Complaint [DE 27] to name as additional defendants those persons or entities withholding payment of PACA trust assets from Onions Plus. Counsel for the De Bruyn Group shall deposit the proceeds of any such collection efforts into the Onions Plus PACA Trust Account for distribution as set forth in Section III of this Claims Procedure Order."

**DONE** and **ORDERED** in Tampa, Florida on Wednesday, August 08, 2012.

James S. Moody, Jr.
United States District Judge

**STIPULATED BY THE PARTIES:**

Dated: Wednesday, August 08, 2012

**MEUERS LAW FIRM, P.L.**

s/Steven E. Nurenberg
Steven E. Nurenberg
Steven M. De Falco
5395 Park Central Court
Naples, FL 34109-5932
Telephone: (239) 513-9191
Facsimile: (239) 513-9677
snurenberg@meuerslawfirm.com
sdefalco@meuerslawfirm.com

*Attorneys for De Bruyn Group*

Dated: Wednesday, August 08, 2012

**MCCUMBER DANIELS**

s/ Starlett M. Miller
Starlett M. Miller, Esq.
4830 W. Kennedy Boulevard, Suite 300
Tampa, Florida 33609
Telephone: (813) 287-2822
Facsimile: (813) 287-2833
smiller@mccumberdaniels.com

*Attorneys for SunPac USA, LLC d/b/a SunPac Growers*

Dated: Wednesday, August 08, 2012

**LAW OFFICE OF ROBERT E. GOLDMAN**

s/ Robert E. Goldman
Robert E. Goldman, Esq.
1 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301
Telephone: (954) 745-7450
Facsimile: (954) 745-7460
robert@goldmanlaw.com

*Attorney for Intervening Plaintiff, Juniper Tomato Growers, Inc.*

Dated: Wednesday, August 08, 2012

**AKERMAN SENTERFITT**

s/Wesley E. Tibbals
Wesley D. Tibbals, Esq.
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: (813) 223-7333
Facsimile: (813) 218-5437
wesley.tibbals@akerman.com

*Attorneys for Defendants*