UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DE BRUYN PRODUCE COMPANY, et al.,

    Plaintiffs,

IS-PE PRODUCE, INC.,

    Intervening Plaintiff,
vs.

ONIONS PLUS DISTRIBUTORS OF FRESH FRUITS AND VEGETABLES, INC., et al.,

    Defendants.

Case No.  8:11-cv-2533-T-30TGW

## ORDER FOR DEFAULT JUDGMENT AGAINST BRITO FAMILY, CORP.

Before this Court is the De Bruyn Group's[1] Motion for Entry of Default Judgment against Defendant, Brito Family, Corp. (Dkt. #77)  Having reviewed the file and being otherwise duly advised in the premises,

It is **ORDERED** and **ADJUDGED** that:

1. The De Bruyn Group's Motion for Entry of Default Judgment (Dkt. #77) is granted;

2. Judgment shall be entered in favor of the De Bruyn Group and against Defendant, Brito Family, Corp., in the principal amount of $82,974.50,

---

[1] "De Bruyn Group" consists of Plaintiffs De Bruyn Produce Company, Wada Marketing Group, LLC, Gadsden Tomato Company, Inc., Petrocco Farms, Inc., Riverfront Produce Company, LLC, Georgia Berry & Vegetable, LLC, Pacific Shores Produce, LP, San Jose Tropical Fruits, LLC, Western Onion Sales, Inc., Mex Flores Produce Company, Inc., and Intervening Plaintiff IS-PE Produce, Inc.

contractual interest in the amount of $23,222.29, for a total judgment amount of $106,196.79, plus post-judgment interest at the rate set forth by 28 USC §1961;

3. The Judgment amount of $106,196.79 and the accrued post-judgment interest qualify for protection under the Perishable Agricultural Commodities Act of 1930, as amended, 7 U.S.C. §499e et seq., until satisfied, for which let execution issue; and,

4. All sums collected from Brito Family, Corp. under this Judgment shall be deposited into the "Onions Plus PACA Trust Account" for distribution as set forth in Section III of this Court's Consent Injunction and Agreed Order Establishing PACA Trust Claims Procedure [DE 22].

**DONE** and **ORDERED** in Tampa, Florida on May 21, 2013.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2533 default fj Brito.doc