UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| DE BRUYN PRODUCE COMPANY, et al., <br><br> Plaintiffs, <br><br> JUNIPER TOMATO GROWERS, INC., <br><br> Intervening Plaintiff, <br> vs. <br><br> ONIONS PLUS DISTRIBUTORS OF FRESH FRUITS AND VEGETABLES, INC., et al., <br><br> Defendants. | Case No. 8:11-cv-02533-JSM-TGW |

## STIPULATED ORDER FOR FINAL JUDGMENT

THIS MATTER having come before the Court on the parties' Stipulation for Final Judgment in favor of Plaintiffs and Intervening Plaintiff Juniper Tomato Growers, Inc., and against Defendants Onions Plus Distributors of Fresh Fruits and Vegetables, Inc. ("Onions Plus") and Melanie Grossi, jointly and severally, and the parties having consented to the form and substance of this Stipulated Final Judgment, and for good cause shown, the Court now enters judgment pursuant to Federal Rule of Civil Procedure 58(a). Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Plaintiff Juniper Tomato Growers, Inc., shall recover from the Defendants Onions Plus and Melanie Grossi, whose address is 2618 Bristol Highway, Quincy, FL 32351, jointly and severally, the sum of $6,300.00 ("the debt), with interest thereon at the rate provided by law, for which let execution issue.

2. The Court declares that the debt owed to Juniper Tomato Growers, Inc., is a qualified trust debt under the Perishable Agricultural Commodities Act, 7 U.S.C. §499e, and that

the Defendants Onions Plus and Melanie Grossi, had a duty to preserve the trust debt for the benefit of the SUN CITY, and that they breached that duty to Juniper Tomato Growers, Inc.

**DONE AND ORDERED** in Chambers at Tampa, Florida this 7 day of Aug., 2013.

James S. Moody, Jr.
United States District Court Judge

Stipulations on next page.

Copies furnished to:
 All counsel of record

STIPULATED BY THE PARTIES on July 26, 2013:

By:  By:   s/Robert E. Goldman
Robert E. Goldman, Esq.
(FB#740799)
Robert@goldmanlaw.com
LAW OFFICE OF ROBERT E. GOLDMAN
1 East Broward Blvd., Ste. 700
Fort Lauderdale, FL  33301
Tel: (954) 745-7450
Fax: (954) 745-7460
Attorney for Plaintiff JUNIPER CO.

By:  s/Wesley D. Tibbala
Wesley D. Tibbals
Fla. Bar No. 0163880
AKERMAN SENTERFITT
401 E. Jackson Street, Suite 1700
Tampa, Florida 33602
Telephone: 813-223-7333
Facsimile: 813-218-5437
wesley.tibbals@akerman.com

Attorneys for Defendants